**DENTONS**

**Karla Del Pozo García**
Managing Associate

karla.delpozogarcia@dentons.com
D   +1 212-768-5328

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

dentons.com

May 14, 2025

**VIA ECF**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Application granted.

SO ORDERED.

_____
Hon. Ronnie Abrams
May 15, 2025

Re:   *Jackson v. Sanmedica International, LLC;* Case No. 1:24-cv-10025-RA

Dear Judge Abrams:

We represent Defendant Sanmedica International, LLC ("Defendant") in the above-referenced matter. Together with counsel for plaintiff, we jointly and respectfully move this Court to stay all case deadlines in this action for forty five (45) days, from May 14, 2025, to June 30, 2025, and to cancel the mediation conference scheduled for May 19, 2025.

This requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation. Once those efforts are complete, voluntary dismissal will be filed.

Respectfully submitted,

*/s/ Karla Del Pozo García*
Karla Del Pozo García

cc:   All counsel of record (by ECF)